Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: Kirsten.milton@jacksonlewis.com
*Attorneys for Defendant*
*National Security Technologies, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY ROGERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; Does I-X; Roe Corporations I-X,<br><br>  Defendants. | Case No. 2:18-cv-00278-JAD-NJK<br><br>**MOTION FOR LEAVE TO WITHDRAW ATTORNEY MAHNA POURSHABAN** |

Defendant National Security Technologies, LLC, by and through its counsel Jackson Lewis P.C., hereby requests leave of Court to remove attorney Mahna Pourshaban as counsel of record from the above captioned case and the Court's docket. Ms. Pourshaban is no longer an employee of Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Kirsten A. Milton will remain lead counsel of record for Defendant.

Dated this 11th day of April, 2018.

JACKSON LEWIS P.C.

*/s/ Kirsten A. Milton*
Kirsten A. Milton, Bar No. 14401
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*National Security Technologies, LLC*

IT IS SO ORDERD.
Dated: April 12, 2018
.
_____
United States Magistrate Judge