KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: kirsten.milton@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*National Security Technologies, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY ROGERS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware Limited Liability Company; Does I-X; Roe Corporations I-X,<br><br>Defendants. | Case No. 2:18-cv-00278-JAD-NJK<br><br>**STIPULATION & ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>*(Before Magistrate Judge Peggy A. Leen)* |

Defendant National Security Technologies, LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Tracy Rogers ("Plaintiff") by and through her counsel, Kemp & Kemp, hereby stipulate and agree to reschedule the Early Neutral Evaluation currently scheduled for July 12, 2018.

The spouse of Defendant's representative is undergoing an in-patient surgical procedure on July 12, 2018, resulting in a scheduling conflict with the previously scheduled Early Neutral Evaluation. After conferring with chambers and counsel, the parties were able to stipulate to several possible new dates for the ENE. Accordingly, Defendant's counsel and Plaintiff's counsel have

stipulated that they are available to conduct the ENE on September 24, 2018, September 26th, 27th, and 28, 2018, and October 1, 2018. Confidential written statements shall be submitted to chambers no later than seven (7) days before the selected date.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 28th day of June, 2018.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ James P. Kemp | /s/ Joshua A. Sliker |
| JAMES P. KEMP, ESQ. | KIRSTEN A. MILTON, ESQ. |
| Nevada Bar No. 6375 | Nevada Bar No. 14401 |
| 7435 W. Azure Drive, Suite 110 | JOSHUA A. SLIKER, ESQ. |
| Las Vegas, Nevada 89130 | Nevada Bar No. 12493 |
| | 3800 Howard Hughes Parkway, Suite 600 |
| *Attorneys for Plaintiff Tracy Rogers* | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant National Security Technologies, LLC* |

## ORDER

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on July 12, 2018 at 1:30 p.m., is rescheduled to September 28, 2018 at 9:30 a.m. Confidential written statements shall be submitted to chambers no later than September 21, 2018.

Dated: July 6, 2018

_____
U.S. Magistrate Judge

4816-1161-6620, v. 1