# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY ROGERS,<br> Plaintiff(s),<br>v.<br>NATIONAL SECURITY TECHNOLOGIES, LLC,<br> Defendant(s). | Case No.: 2:18-cv-00278-JAD-NJK<br><br>**ORDER** |

The deadline to file a joint proposed pretrial order expired on December 28, 2018, Docket No. 22 at 4, but the parties did not file one. No later than January 25, 2019, the parties shall file (1) a joint proposed pretrial order, (2) a notice of settlement, or (3) dismissal papers.

IT IS SO ORDERED.

Dated: January 14, 2019

              Nancy J. Koppe
              United States Magistrate Judge